UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL BELL,<br><br>              Plaintiff,<br><br>        v.<br><br>PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>              Defendant. | Case No.  26-cv-00514-HSG<br><br>**SCHEDULING ORDER** |

A case management conference was held on April 21, 2026.  Having considered the parties' proposals, *see* Dkt. No. 20, the Court **SETS** the following deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
|---|---|
| Close of Fact Discovery | August 21, 2026 |
| Motion Hearing Deadline | October 15, 2026, at 2:00 p.m. |
| Deadline to Lodge Administrative Record | November 12, 2026 |
| Opening Rule 52 Briefs Due | November 19, 2026 |
| Responsive Rule 52 Briefs Due | December 17, 2026 |
| Rule 52 Hearing | January 8, 2027 at 10 a.m. |

These dates may only be altered by order of the Court and only upon a showing of good cause.  The parties are directed to review and comply with this Court's standing orders.

**IT IS SO ORDERED.**

Dated:   4/22/2026

HAYWOOD S. GILLIAM, JR.
United States District Judge