Jason A. James (SBN 265129)
E-mail: jjames@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
18300 Von Karman Avenue, Suite 650
Irvine, California 92612-1032
Tel: 949.863.3363 Fax: 949.863.3350

Attorneys for Defendant
THE PRUDENTIAL INSURANCE COMPANY OF AMERICA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| MICHAEL BELL,<br><br>Plaintiff,<br><br>v.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA; and DOES 1 through 10, inclusive,,<br><br>Defendants. | Case No. 4:26-cv-00514-HSG<br><br>**STIPULATION TO DISMISS THE ENTIRE ACTION WITH PREJUDICE; ORDER**<br><br>Judge: Hon. Haywood S. Gilliam, Jr.<br><br>Complaint Filed: January 16, 2026 |

IT IS HEREBY STIPULATED, by and between Plaintiff MICHAEL BELL ("Plaintiff") and defendant THE PRUDENTIAL INSURANCE COMPANY OF AMERICA ("Prudential"), by and through their attorneys of record, that this action shall be dismissed in its entirety with prejudice as to all defendants pursuant to Fed. R. Civ. P. 41(a). Each party shall bear his or its own attorneys' fees and costs.

The parties seek the Court's approval of the dismissal of the action with prejudice.

///

///

///

///

///

**IT IS SO STIPULATED.**

Dated: August 31, 2026

MCKENNON LAW GROUP, P.C.

By: */s/ Robert J. McKennon*
Robert J. McKennon
Attorneys for Plaintiff
MICHAEL BELL

Dated: August 31, 2026

BURKE, WILLIAMS & SORENSEN, LLP

By: */s/ Jason A. James*
Jason A. James
Attorneys for Defendant
THE PRUDENTIAL INSURANCE
COMPANY OF AMERICA

**FILER'S ATTESTATION**

The filing attorney attests that he has obtained concurrence regarding the filing of this document and its content from the signatories to this document.

**ORDER**

Based upon the stipulation of the parties and for good cause shown, IT IS HEREBY ORDERED that this action is dismissed in its entirety as to all defendants with prejudice.

IT IS FURTHER ORDERED that each party shall bear his or its own attorneys' fees and costs in this matter.

**IT IS SO ORDERED.**

Dated: 8/31/2026

Haywood S. Gill Jr.

Hon. Haywood S Gilliam, Jr.
United States District Court Judge